UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS HURTADO HUAMAN,

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX
DETENTION FACILITY, et al.,

Respondents.

No. 1:26-cv-02757-DAD-CKD

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS

(Doc. No. 14)

Petitioner Jesus Hurtado Huaman is a federal immigration proceeding *pro se* with a petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On May 28, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's *habeas* petition be dismissed without prejudice for failure to prosecute following petitioner's failure to notify the court of his current address as required.[1] (Doc. No. 14.)  The pending findings and recommendations were served on the parties and

---

[1]  On April 17, 2026, the court entered a preliminary injunction ordering petitioner's immediate release and enjoining his re-detention absent a hearing.  (Doc. No. 9.)  Beginning April 27, 2026, all mail sent to petitioner by the court has been returned as undeliverable presumably because petitioner is no longer in custodial detention and the address provided to the court is for the detention center at which he was held at the time his petition was filed.

1

contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) To date, no objections have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on May 28, 2026, (Doc. No. 14) are ADOPTED IN FULL;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is hereby DISMISSED without prejudice due to petitioner's failure to prosecute by failing to apprise the court of his current address;

3. The court's preliminary injunction (Doc. No. 9) is hereby DISSOLVED in light of this dismissal; and

3. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **June 19, 2026**                        _____
                                    DALE A. DROZD
                                    UNITED STATES DISTRICT JUDGE